IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LISA EINESS,

    Plaintiff,

v.                                                                         CIV. NO. _____

TRESCO, INC.,

    Defendants.

## DEFENDANT'S NOTICE OF REMOVAL

    COME NOW, Defendant Tresco, Inc., though its attorneys, Conklin, Woodcock & Ziegler, P.C., and gives notice of removal of the above-entitled action. In support of this Notice, Defendant states:

    1.    This action was commenced by Plaintiff, through her counsel, on January 14, 2014 in the Third Judicial District Court, Case No. D-307-CV-2014-00088.

    2.    Plaintiff served the Defendants on January 22, 2014.

    3.    Plaintiff asserts a Family Medical Leave Act ("FMLA") claim.

    4.    The United States District Court for the District of New Mexico has original jurisdiction over the above-entitled action because Plaintiff's FMLA claims allegedly arises under federal law in accordance with 28 U.S.C. §1331, and the action may therefore be removed to this Court in accordance with 28 U.S.C. §1441.

    5.    In view of this Court's federal question jurisdiction of Plaintiff's FMLA claims, and considering that Plaintiff's other claims against Defendant is part of the same case or controversy under Article III of the United States Constitution, this Court has supplemental jurisdiction over all of Plaintiff's remaining claims under 28 U.S.C. §1367.

6. Venue is proper in this district because the cause of action is alleged to have occurred in New Mexico.

7. The Notice of Removal is timely under 28 U.S.C. §1446(b) based upon the circumstances described herein.

8. Copies of the Summons, Complaint and the records and proceedings from the Court are attached.

9. No further proceedings have been filed herein in State Court according to the docket sheet.

WHEREFORE, Defendant provides notice that the above action has been removed from the Third Judicial District Court of the State of New Mexico to the United States District Court for the District of New Mexico.

                                             CONKLIN, WOODCOCK & ZIEGLER, P.C.

                                             By: /s/ John K. Ziegler
                                                 John K. Ziegler
                                                 320 Gold Avenue SW, Suite 800
                                                 Albuquerque, NM  87102
                                                 Telephone:  505-224-9160
                                                 *Attorneys for Defendant*

I HEREBY CERTIFY that on this 14th day of February, 2014, I filed the foregoing electronically, which caused the below named counsel to be served by electronic means:

Dennis L. Richard
Law Office of Dennis L. Richard
4171 North Mesa, Suite B-201
El Paso, TX 79902

/s/ John K. Ziegler
John K. Ziegler

2

VC

3RD JUDICIAL DISTRICT COURT
DOÑA ANA COUNTY NM
FILED IN MY OFFICE
1/14/2014 1:28:00 PM
NORMAN E OSBORNE
DISTRICT COURT CLERK

STATE OF NEW MEXICO
IN THE THIRD JUDICIAL DISTRICT COURT
DOÑA ANA COUNTY

LISA EINESS,                           NO. _____

    Plaintiff                          JUDGE: _____

vs.                                    D-307-CV-2014-00088

TRESCO, INC.,

    Defendant

### COMPLAINT FOR DISCRIMINATION, RETALIATION AND VIOLATIONS OF THE NEW MEXICO HUMAN RIGHTS ACT AND APPEAL FROM ORDER OF NONDETERMINATION AND VIOLATIONS OF THE FAMILY MEDICAL LEAVE ACT (FMLA), 29 U.S.C. SECTION 2615(A)(1)

COMES NOW, LISA EINESS ("Einess"), Plaintiff, complaining of TRESCO, INC. (Tresco), Defendant, and files this Original Complaint for Discrimination, Retaliation and Violations of the New Mexico Human Rights Act and Appeal From Order of Nondetermination and Violations of the Family Medical Leave Act (FMLA), 29 U.S.C. Section 2615(A)(1) and for cause of action would show as follows:

### I.
### PARTIES

1.1   Plaintiff, Einess, is a resident of Las Cruces, New Mexico.

1.2   Defendant, Tresco, is a 501(c)3 non-profit organization funded through public and private sources including state and federal funds, grants and individual donations. This Defendant may be served with process by serving its President and Chief Executive Officer, Pam Lillibridge, through commercial courier service at Tresco, Inc., 1800 Copper Loop, Bldg. 1, Las Cruces, New Mexico 88005 as allowed by Rule 1-004 (E) (3) NMRA.

## II.
## JURISDICTION AND VENUE

2.1    This Court has subject matter jurisdiction over this case.

2.2    Venue is proper in Doña Ana County, New Mexico because Plaintiff resides and was employed in Doña Ana County and the acts of discrimination, retaliation and other employment practices occurred in Doña Ana County.

## III.
## FACTUAL BACKGROUND

3.1    Einess was employed by Tresco as a Community Living Specialist for 12 years. Einess was a capable employee and a hard worker for Tresco.

3.2    On or about September 18, 2013, Einess was suspended by Steve Galuska and Joel Jaime for advocating for two disabled individuals. The two clients of Tresco were being moved from their home after having lived there for 14 years. Tresco promised them another home where they could continue to be together. However, since two other Tresco clients had died, Tresco decided they would be moved into that home. The fact that these clients had done so well together and had done so for 14 years did not matter to Tresco so they were placed in separate homes. Tresco failed to mention the separation to the clients. Einess went to her supervisors, Galuska and Jaime, and advocated for these two clients but Tresco CEO, Pam Lillibridge, stated that since it was her business to provide services for them, they would have to be placed wherever she wanted them to reside.

3.3    It was after having advocated for the Tresco clients that Einess was harassed and retaliated against by four male employees of Tresco, Supervisors

Scott Geyer, Gerald Lopez, Joel Jaime, and Steve Galuska. These supervisors would call Einess in for meetings while she was on FMLA and would fail to show up for the meetings. She was given training classes to complete in one day when those classes would have taken two working days. She was repeatedly called while on FMLA to come in and work or for the training classes.

3.4     Another form of discrimination and retaliation by Tresco against Einess was that while all employees of Tresco were asked to sign paperwork in the Human Resources Department regarding a $.50 raise and a $600.00 bonus for each, Einess was the only employee not notified or given the raise and bonus.

3.5     On October 9, 2013, after the constant harassment, retaliation, and disruption of her FMLA, Einess had no other choice but to resign. No reasonable person in Plaintiff's position would continue to subject themselves to the harassment and discrimination that Einess endured. Plaintiff was constructively discharged.

IV.

## CAUSES OF ACTION AGAINST TRESCO, INC.

4.1     The actions of Tresco constitute discrimination against Einess in violation of the New Mexico Human Rights Act.

4.2     The actions of Tresco constitute intentional retaliation against Einess because she opposed the discrimination being perpetrated by Joel Jaime, Assistant Manager, Gerald Lopez, Scott Geyer, Department Manager, and Steve Galuska, CLS Supervisor, on behalf of Tresco.

4.3     The foregoing conduct by Tresco and its managers, Joel Jaime, Scott Geyer, Gerald Lopez, and Steve Galuska, acting in the course and scope of their

management authority for Tresco, amounts to retaliation against Plaintiff for opposing discrimination against disabled clients of Tresco and violations of FMLA. The conduct of Tresco violates the New Mexico Human Rights Act and as a consequence violates the public policy of the State of New Mexico.

## V.
## DAMAGES

5.1     As a result of Defendant's conduct, Plaintiff is entitled to recover damages for the lost wages, both in the past and in the future; lost benefits, both in the past and in the future; and emotional distress, both in the past and in the future; all consequences of Defendant's violations of the New Mexico Human Rights Act, retaliation against Plaintiff for opposing discrimination against disabled clients of Tresco and violations of FMLA.

5.2     As a result of the retaliation, discrimination and violations of FMLA, Plaintiff seeks punitive damages and liquidated damages to punish Defendant for its conduct.

## VI.
## EXHAUSTION OF ADMINISTRATIVE REMEDIES

6.1     Less than 300 days after the last discriminatory act hereinbefore alleged, Plaintiff filed a charge of discrimination with the United States Equal Employment opportunity Commission and also with the Human Rights Division of the New Mexico Department of Labor.

6.2     Thereafter, the Director of the Human Rights Division issued a document entitled "Order of Nondetermination", notifying Plaintiff of her right to appeal such order by filing a notice of appeal in the appropriate District Court.

6.3     This suit is filed on or before the 90th day after service of the Order of Nondetermination, in accordance with NMSA 1978 Section 28-1-13(A) (2005).

VII.
**PRE-JUDGMENT AND POST-JUDGMENT INTEREST**

7.1     Plaintiff seeks pre-judgment and post-judgment interest as allowed by law. Plaintiff respectfully demands trial by a 12 person jury.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer herein, that this cause be set down for trial before a jury, and that Plaintiff recover judgment of and from the Defendant for her actual damages, punitive damages and liquidated damages in such amount as the evidence may show and the jury may determine to be proper, together with pre-judgment interest, post-judgment interest attorney's fees, costs of suit, and such other and further relief to which Plaintiff may show herself to be justly entitled.

Respectfully submitted,

/s/ _____
Dennis L. Richard
SBN: 4841
**LAW OFFICE OF DENNIS L. RICHARD**
4171 North Mesa, Suite B-201
El Paso, TX 79902
Telephone: (915) 533-2211
Telecopier: (915) 533-2244

Dated: January 14, 2014

3RD JUDICIAL DISTRICT COURT
DOÑA ANA COUNTY NM
FILED IN MY OFFICE
1/14/2014 2:37:34 PM
NORMAN E OSBORNE
DISTRICT COURT CLERK

STATE OF NEW MEXICO
IN THE THIRD JUDICIAL DISTRICT COURT
DONA ANA COUNTY

LISA EINESS,   NO. D-307-CV-2014-00088

    Plaintiff

vs.

TRESCO, INC.,

    Defendant.

## JURY DEMAND

Plaintiff, through her undersigned attorney, demands trial by a twelve person jury of all issues triable of right by jury and hereby tenders the sum of $300.00 for jury fee.

Respectfully submitted,

    /S/ Dennis L. Richard
Dennis L. Richard
SBN: 4841
**LAW OFFICE OF DENNIS L. RICHARD**
4171 North Mesa, Suite B-201
El Paso, TX 79902
Telephone: (915) 533-2211
Telecopier: (915) 533-2244

Dated: January 14, 2014.

3RD JUDICIAL DISTRICT COURT
DOÑA ANA COUNTY NM
FILED IN MY OFFICE
1/23/2014 8:12:20 AM
NORMAN E OSBORNE
DISTRICT COURT CLERK

STATE OF NEW MEXICO
IN THE THIRD JUDICIAL DISTRICT COURT
DONA ANA COUNTY

LISA EINESS,                                  NO.  D-307-CV-2014-00088

    Plaintiff
vs.

TRESCO, INC.,

    Defendant.

## CERTIFICATE OF SERVICE

COMES NOW Lisa Einess, Plaintiff, by and through her attorney, Dennis L. Richard, and hereby certifies that Plaintiff's Complaint for Discrimination, Retaliation and Violations of the New Mexico Human Rights Act and Appeal From Order of Nondetermination and Violations of the Family Medical Leave Act (FMLA), 29 U.S.C. Section 2615(A)(1) was served upon Defendant by Federal Express commercial courier service along with one copy of Summons and Jury Demand. Proof of service by Federal Express is attached to this pleading.

Respectfully submitted,

/s/Dennis L. Richard
Dennis L. Richard
SBN: 4841
**LAW OFFICE OF DENNIS L. RICHARD**
4171 North Mesa, Suite B-201
El Paso, TX 79902
Telephone: (915) 533-2211
Telecopier: (915) 533-2244

Dated: January 23, 2014.



January 22, 2014

Dear Customer:

The following is the proof-of-delivery for tracking number **877069881674**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | A.RAMIEZ | Delivery location: | 1800 COPPER LOOP<br>NM 88005 |
| Service type: | FedEx First Overnight | Delivery date: | Jan 22, 2014 10:15 |
| Special Handling: | Deliver Weekday | | |
| | Direct Signature Required | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 877069881674 | Ship date: | Jan 21, 2014 |

Recipient:
PAM LILLIBRIDGE
TRESCO INC
1800 COPPER LOOP BLDG 1
NM 88005 US

Reference

Shipper:
DENNIS RICHARD
LAW OFFC OF DENNIS L RICHARD
4171 N MESA ST STE B201
EL PASO, TX 799021431 US

LISA EINESS

Thank you for choosing FedEx.

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Lisa Einess

### DEFENDANTS
Tresco, Inc.

**(b)** County of Residence of First Listed Plaintiff   Dona Ana
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Dona Ana
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Dennis L. Richard, Law Office of Dennis L. Richard, 4171 North Mesa, Suite B-201, El Paso, TX 79902 (915) 533-2211

Attorneys *(If Known)*
John K. Ziegler, Conklin, Woodcock & Ziegler, P.C., 320 Gold Avenue SW, Suite 800, Albuquerque, NM 87102, (505) 224-9160

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☒ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1367, 1441, 1446
Brief description of cause:
Wrongful termination lawsuit - FMLA, NMHRA, retaliation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE Manuel I. Arrieta
DOCKET NUMBER D-307-CV-201400088

DATE
02/14/2014

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #           AMOUNT           APPLYING IFP           JUDGE           MAG. JUDGE