## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

LISA EINESS,

       Plaintiff,

vs.                                                                    No. CIV 14-0140 JB/SMV

TRESCO, INC.,

       Defendant.

### FINAL JUDGMENT

      **THIS MATTER** comes before the Court on the Order of Dismissal, filed September 30, 2014 (Doc. 20)("Order").  The Order granted the parties' joint Motion to Dismiss, filed September 30, 2014 (Doc. 19), in which "[t]he parties . . . move[d] the Court to dismiss the Complaint and all causes of action filed therein, with prejudice," and dismissed all of Plaintiff Lisa Einess' claims and case against Defendant Tresco, Inc. with prejudice.

      **IT IS ORDERED** that the claims and case of Plaintiff Lisa Einess against Defendant Tresco, Inc. are dismissed with prejudice, and final judgment is entered.

                                _____
                                  UNITED STATES DISTRICT JUDGE

*Counsel*:

Dennis L. Richard
Law Office of Dennis L. Richard
El Paso, Texas

     *Attorney for the Plaintiff*

John K. Ziegler
Alisa Wigley-Delara
Conklin, Woodcock & Ziegler, PC
Albuquerque, New Mexico

*Attorneys for the Defendant*